**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PAUL THOMAS C.,

                Plaintiff,                        23 **CIVIL** 9788 (GRJ)

     -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 5, 2024, the Commissioner's denial of benefits is reversed; Plaintiff is GRANTED judgment on the pleadings; and this case is remanded for further administrative proceedings consistent with the Decision and Order. Final judgment is entered in favor of the Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York
         November 7, 2024

                                                           **DANIEL ORTIZ**
                                                         **Acting Clerk of Court**

                          **BY:**      *K. Mango*

                                                              **Deputy Clerk**